**FILED**

12/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0273

**FILED**

DEC 0 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA 21-0273

R.S. and D.S.,

      Plaintiffs and Appellants,

vs.

UNITED SERVICES AUTOMOBILE ASSOCIATION,

      Defendant and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's Unopposed Motion for Extension of Time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time up to and including January 11, 2022, within which to prepare, file, and serve Appellee's answer brief.